IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAROLYN ANDERSON, *On Behalf of Herself and All Others Similarly Situated,* ) ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | |
| EMERGENCY MEDICINE SPECIALISTS, L.L.P. *(a/k/a and/or d/b/a Fastercare Urgent Care Center, Fastercare Urgent Care & Wellness Center and/or Fastercare),* MARK INGRAM, and MISTY INGRAM, ) ) ) ) ) ) ) | |
| Defendants. ) | Civil Action No. 3:20-CV-1368-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** with prejudice.

SIGNED this 5th day of October, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE